UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL JONES,

                Petitioner,

       -against-

UNITED STATES,

                Respondent.

25-CV-6404 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      In a November 6, 2023 order in *Jones v. McCormack*, No. 23-CV-8296 (LTS) (S.D.N.Y), the Court barred Petitioner "from filing future *habeas corpus* petitions challenging his ongoing criminal proceedings, arising from a September 14, 2021 arrest, [*in forma pauperis* ("IFP")] in this court without first obtaining from the court leave to file." No. 23-CV-8296, 13, at 1-2.

      Petitioner files this new *pro se* petition for a writ of *habeas corpus* using the court's form for a petition for a *writ of habeas* corpus under 28 U.S.C. § 2254, and naming the United States as the respondent. A review of the petition shows that, notwithstanding Petitioner's labeling the submission as a petition under Section 2254, it is actually a petition for a writ of *habeas corpus* under Section 2241 challenging his ongoing criminal proceedings arising from his September 14, 2021 arrest. Petitioner has not sought leave from the court. The Court therefore denies the petition and dismisses this action without prejudice for Petitioner's failure to comply with the November 6, 2023 order in *Jones*, No. 23-CV-8296 (LTS).

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk if Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   August 14, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge