UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL JONES,<br><br>       Petitioner,<br><br>  -against-<br><br>UNITED STATES,<br><br>       Respondent. | 25-cv-6404 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 14, 2025, order, the Court denies the petition and dismisses this action without prejudice for Petitioner's failure to comply with the November 6, 2023 order in Jones, No. 23-CV-8296 (LTS).

  Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 15, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge